**Motion Granted; Order filed October 22, 2013.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00229-CR
_____

### ORLEAN AYERS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 176th District Court**
**Harris County, Texas**
**Trial Court Cause No. 597938**

## ORDER

Appellant's court-appointed counsel filed a brief in which he concludes the appeal is wholly frivolous and without merit. Appellant has made known to this Court his desire to review the record and file a pro se brief. *See Anders v. California*, 386 U.S. 738 (1967); *Gainous v. State*, 436 S.W.2d 137 (Tex. Crim. App. 1969).

The Harris County District Clerk provided appellant with a copy of the clerk's record on July 10, 2013. A supplemental clerk's record was filed on

October 1, 2013. Appellant has requested a copy of the supplemental clerk's record. Accordingly, we issue the following order:

We hereby direct the Judge of the 176th District Court to afford appellant an opportunity to view the supplemental clerk's record in accordance with local procedure; that the clerk of that court furnish the supplemental clerk's record filed October 1, 2013, to appellant within fifteen days of the date of this order; that the clerk of that court certify to this court the date on which delivery of the supplemental clerk's record to appellant is made; and that appellant file any supplemental *pro se* response to counsel's *Anders* brief with this court within thirty days of that date.

PER CURIAM